```
FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY
```

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,
TODD MICHAEL SCHULTZ
　　vs.
DEFENDANT(s),
LES TSENG
MEGHAN STEELE
NALEEM PATEL
CIRCLE MEDICAL INC.

**2:23-CV-06763-JLS-RAOx**

MALPRACTICE COMPLAINT FOR DAMAGES AND SUMMARY OF RELIEF

Jury Trial Demanded: NO

I. <u>INTRODUCTION</u>

1) In this legal document, the Plaintiff, Mr. Todd Michael Schultz (Onward "Plaintiff") brings forth allegations of medical malpractice against the Defendants,

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

Dr. Les Tseng (onward "Tseng") Meghan Steel N.P. (onward "Steel") Naleem Patel N.P. (onward "Patel") , and Circle Medical Technologies, Inc., for whom all three providers work for, a Delaware corporation. The Plaintiff asserts that the Defendants, including Circle Medical Technologies, Inc., in their respective capacities as healthcare providers and/ or entities, failed to diagnose, failed to treat, failed to exercise proper diligence, and otherwise caused harm to the Plaintiff with remarks that were hastily made, and which resulted in great emotional harm to Plantiff.

2) Dr. Les Tseng diagnosed Plaintiff with ADHD in 2021 and prescribed appropriate medication for Plaintiff then. In summer of 2021, Plaintiff was undergoing a severe cyberstalking attack for which he has filed a lawsuit in the Central District of California. The case No. is 2:23-cv-03452-JAK-MRWx. The Plaintiff alleges that the Defendants' actions, or lack thereof, deviated from the standard of care expected in their medical profession. By failing to listen and assess what the Plaintiff was saying, they all seemed to gaslight Plaintiff by suggesting his lawsuit, for which he has ample evidence and ample cause, constitutes him as "Paranoid".

3) Dr. Tseng was the first psychiatrist Plaintiff called when he was ready to resume ADHD care after years of coming to terms with the happenings of the ongoing aforementioned case (2:23-cv-03452-JAK-MRWx).

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

4) Plaintiff's condition makes day to day life nearly impossible to manage or maintain. Plaintiff struggled for years until in 2021, Dr. Tseng and another N.P. at Circle Medical diagnosed him with ADHD. Patient became quite aware himself, that this was the diagnosis that made sense. Patient has a high IQ, speaks multiple languages, yet cannot keep employment without difficulty, keep personal space tidy without great strain, reading books is nearly impossible and even watching TV or playing video games is difficult many times.

5) Plaintiff contends that Circle Medical Technologies, Inc., as a healthcare corporation, played a role in the events leading to the alleged medical malpractice. The Plaintiff maintains that Circle Medical Technologies, Inc. had a responsibility to ensure that proper medical care and attention were provided by their providers and that any failure on their part contributed to the harm suffered by Plaintiff.

6) These alleged failures and omissions, involving Circle Medical Technologies, Inc. alongside the individual Defendants, have resulted in significant harm, injury, humiliation, shame and damages to the Plaintiff. As a consequence of the Defendants' actions, the Plaintiff claims to have experienced chronic emotional pain, chronic emotional distress, medical complications, and suffered a delay of diagnoses, delay of treatment, failure to treat and the consequences of said failures.

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

7) The Plaintiff seeks redress and compensation for the injuries and damages caused by the Defendants' alleged medical malpractice, including Circle Medical Technologies, Inc. It is the intent of this lawsuit to hold all Defendants accountable for their actions and to seek fair and just compensation for the harm suffered by Mr. Todd Michael Schultz.

## II. VENUE

5) The Plaintiff, Mr. Todd Michael Schultz, seeks to establish the most appropriate venue for this medical malpractice lawsuit. Considering the nature of the Defendants' operations and the residence of the Plaintiff, the Central District of California, Los Angeles, emerges as the most fitting venue for this legal action as all three individual defendants had contact with Plaintiff from his home in the Central District of California.

8) Circle Medical Technologies, Inc., a Delaware corporation, operates on the internet, providing healthcare-related services accessible to individuals in various jurisdictions, including the Central District of California. Furthermore, the individual Defendants: Les Tseng, Meghan Steel, and Naleem Patel, are healthcare providers whose alleged actions or omissions occurred within the scope of their practice impacting individuals in the Central District of California – namely Plaintiff.

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

9) The Plaintiff, Mr. Todd Michael Schultz, is a resident of the Central District of California, which is geographically adjacent to the location where Circle Medical Technologies, Inc. Dr. Les Tseng, the key Psychiatric advisor, operates within or at least within close proximity to the Central District. It is Plaintiff's belief that the other nurse practitioners were citizens of California but Plaintiff is only guessing. As such, the Central District of California, Los Angeles, serves as a convenient and suitable forum to address the claims made in this lawsuit.

10. In light of the above considerations, the Plaintiff submits that the Central District of California, Los Angeles, is the most appropriate and just venue to adjudicate this medical malpractice lawsuit.

### III. Parties

9). Plaintiff is Todd Michael Schultz, a resident of 818 N. Doheny Dr. #1108 West Hollywood, CA 90069

10) Defendant: Medical Doctor (hereinafter "MD") Les Tseng, a Psychiatrist practicing through telemedicine somewhere around Sacremento. He is a health practitioner in California.

11) Defendant Meghan Steele has unknown Citizenship but works with Circle Medical.

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

12) Defendant: Naleem Patel also has Unknown Citizenship and works as Nurse Practioner with Circle Medical.

13) Defendant Circle Medical Technologies, Inc lives at 333 1st Street #A San Francisco, CA 94105

## IV. Statement Of Facts

14) Plaintiff sought care for his ADHD condition. Patient had been treated sporadically for ADHD prior, but it became quite clear that his primary psychiatric condition was ADHD in the year 2021, when Plaintiff approached Circle Medical, was placed with an NP who diagnosed the ADHD and treated him for it with Vyvanse. Dr. Les Tseng, a healthcare practitioner, was referred after two sessions with prior NP as he is the primary Psychiatric consultant for Circle Medical

15) Dr. Les Tseng agreed with the Plaintiff's diagnosis, acknowledging the presence of ADHD in his medical evaluation. Subsequently, the Plaintiff commenced treatment under Dr. Les Tseng's care.

16), Plaintiff is currently involved as pro se litigation in a civil suit with YouTube LLC (onward "Youtube") for very serious and provable crimes. Plaintiff was unable to explain lawsuit, which was filed on May 5th, 2023 against Michael C. Thompson, and later included Youtube and Gregory Holmes as co-defendants. Plaintiff is very happy with his work in this case.

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

17) Dr. Les Tseng could not understand that I was stalked online for a year, and then some months later for another year, defamed, and maliciously assaulted on YouTube without deeming it a complex case.

18) Patient has civil rights and may sue Youtube and other defendants if he has legal theory that supports damages. This is case where clear damages are present. Dr Les Tseng and I talked about the lawsuit for 35 minutes on a day a couple of months ago. He told me to go to Circular Medical's app and seek out help from a practitioner there and so is liable for all harm incurred on said platform. Dr. Tseng has already committed failure to diagnose, failure to treat, and violated what I asked for in the injunctive relief, which constitutes harm and informs failure to treat and failure to diagnose.

19) Dr. Les Tseng diagnosed Todd Michael Schultz with ADHD in 2021. Plaintiff is at a severe disadvantage without medication. Plaintiff is not willing to yield his ADHD because he is involved in what might amount of a bizarre lawsuit, but it was all very explainable, and Dr. Tseng, and as we shall see, Patel and Steele, used no diligence in verifying my story.

20) Plaintiff abided Tseng and went to Circle Medical. His first visit was with Patel. Plaintiff did not feel comfortable in speaking about ADHD with Patel. Patel was attempting to go through a basic protocol, as opposed to listening to Plantiff, the patient, who understood he was experience "Litigation Response Syndrom" a clinically observable syndrome when someone is involved in litigation, as patient was.

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

21) Patel's arrogance and negligence in her response to Plaintiff constitutes damages. Emotion distress. She wrote notes that have cause a ton of emotional distress and embarrassment and harm to my medical care. She is not qualified. She failed to diagnose. She failed to listen to the client. And she delayed diagnosis and treatment.

22) Circular Medical is also liable for all of the infractions of it's employees.

23) Unsure what he was supposed to do to receive treatment for a very severe case of ADHD, he made another appointment with Meghan Steele, the ADHD specialist Nurse Praciticitioner at Circular Medical.

24) Ms. Steele said I was paranoid. Her notes are ridiculous. They read much like Patel's. Arrogant, non diligent, failure to treat, failure to diagnose, delay of diagnoses and humiliation when she called me paranoid. These are healthcare providers. They cannot simply assume a patients story constitutes paranoia unless they have due evidence and this is a severe damage. One may start to gaslight themselves. If one reads the docket for the case I'm currently involved in, one will easily see that I have a lot of documentary evidence and that all my claims are 100 percent true, adding to the egregious behavior of all three practioners.

25) All practicitioners are unqualified and therefore should not have the authority they currently do. They need more training and it is not acceptable to treat Plaintiff in the way did.

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

26) Plaintiff told Mr. Tseng's secretary at some point in the last month he was filing a malpractice suit. Plaintiff spoke with Mr. Tseng. Mr. Tseng referred him to DONE. Mr. Tseng simply didn't like that Plaintiff invoked his rights and thus commited failure to diagnose, delay of treatement, etc. Dr. Tseng did not like being challenged by a patient, but this is the duty of a provider.

27) Patients are not slaves. They are not at the mercy of any provider. They are there at their own discretion. These providers deserve to pay full restitution requested in summary of relief.

## SUMMARY OF RELIEF

28. INJUNCTIVE RELIEF: MENTAL HEALTH PROVIDERS ARE REQUIRED TO DO PROPER DILIGENCE ON REASONABLE CLAIMS MADE BY PATIENTS WITHOUT INSINUATING IT IS A SYMPTOM OF A DISEASE, RATHER THAT A SYMPTOM OF THE CIRCUMSTANCE. IT SHALL BE A $150,000 fine maximum for any infraction of this.

29. Providers do not have to like their patients and they do not have the right to make life decisions for them. There needs to be a tighter regulatory body regulating the insinuations and implications made by mental health providers as they cause a lot of harm. One might say Britney Spears' conservatorship is similar. Listen to the patient or you must not be a provider or health care. Your opinion is

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**

not as important as the patients. It is unconstitutional and though this may be very abstract territory, people communicate differently. Stealing their autonomy as a result is theft of the worst kind.

## PUNITIVE DAMAGES

**30.** As Dr. Tseng simply didn't know, he has proven he is very potentially incompetent. Plaintiff is very well spoken and Dr. Tseng bit his tongue to Plaintiff's severe harm. Plaintiff should not have to seek out ADHD medication on the black market. Patitent is 36 years old and has 36 years of experience being on various medications. Long term goals are impossible without stimulant medication provided my current mental health, childhood trauma, or most likely, the syndrome Dr. Tseng agreed and diagnosed Plaintiff with in 2021: ADHD. One million dollars from Dr. Tseng. 150,000 from Meghan Steele and Naleem Patel and 500k from Circular Medical. This includes punitive and compensatory, etc.

### Conclusion

**Plaintiff is pro per and is currently involved in serious litigation with YouTube LLC. The outcome of this case is extremely important to the public good.**

**These entities punished me for my civic duty. They must understand what it means to be a care provider: listening. A lot of listening. They are not here to control our lives our prevent us from being the best versions of ourselves. They don't have the right to deny ADHD in a person with ADHD EVER.**

**Tuesday, August 15th 2023**

                                 **Signed by**

                                 **Todd Michael Schultz**

                                 **In Pro Per**

**COMPLAINT FOR DAMAGES FOR MEDICAL MALPRACTICE**