**Waiver of Filing Fee**



Todd Michael Schultz

V

Dr. Les Tseng M.D.
Circular Medical
Meghan Steel N.P
Nev Patel N.P.

2:23-CV-06763-JLS-RAOx

    Plaintiff requests the relief of the filing fee provided that the court finds merit in the case. Plaintiff is involved in intensive litigation, and is not making an income at the moment as he is acting as his own defense in case no. 2:23-cv-03452-JAK-MRW and dedicating himself to that cause. Plaintiff lives in household where he is able to get by without making much of an income, but believes due to many circumstances, Plaintiff deserves a waiver of the failing fee in the even that the court finds the allegations substantial and merited. Plaintiff is not poor and lives in a household that makes less than $500k USD minimum, but is not the breadwinner, as it were. Plaintiff's asks for the relief in good faith and respects the courts decision to provide or deny.

August 15, 2023           Signed By   TODD MICHAEL SCHULTZ