NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

TODD MICHAEL SCHULTZ
818 N DOHENY DR. #1108
WEST HOLLYWOOD, CA 90069
310-435-5847
TODDSCHULTZ86@GMAIL.COM

IN PRO PER

ATTORNEY(S) FOR:

CLEAR FORM



FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TODD MICHAEL SCHULTZ

Plaintiff(s),

v.

DR. LES TSENG M.D.
CIRCULAR MEDICAL INC.
NEV PATEL N.P.

Defendant(s)

CASE NUMBER:

**2:23-CV-06763-JLS-RAOx**

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   TODD MICHAEL SCHULTZ
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DR. LES TSENG M.D. | PROVIDER/DEFENDANT |
| CIRCULAR MEDICAL INC. | DEFENDANT |
| NEV PATEL N.P. | PROVIDER/DEFENDANT |
| MEGHAN STEELE N.P. | PROVIDER/DEFENDANT |

AUGUST 15 , 2023
Date

TODD MICHAEL SCHULTZ
Signature

Attorney of record for (or name of party appearing in pro per):

TODD MICHAEL SCHULTZ