

FILED
CLERK, U.S. DISTRICT COURT

8/21/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CS_____ DEPUTY

Plaintiff in Pro Per
Todd Michael Schultz
818 N DOHENY DR. #1108
West Hollywood, CA 90069
310-435-5847
toddschultz86@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

TODD MICHAEL SCHULTZ

               Plaintiff,

   v.

DR. LES TSENG
CIRCLE MEDICAL INC.
MEGHAN STEELE FNP-C
NEV PATEL

              Defendants

CASE NO. 2:23-CV-06763-JLS-RAO

MOTION FOR LEAVE TO AMEND COMPLAINT, SUMMONS, AND ALL REFERENCES TO DEFENDANT NEV PATEL

1) PLAINTIFF, IN PRO PER, MOVES THE COURT TO HAVE any reference to "NEV PATEL" be hereforth changed to "Naleem Patel, FNP-C". Plaintiff apologizes for any confusion and requests the clerk to issue a summons with the chracter spelling of Ms. Patel's name so that there be no confusion.

2) Plaintiff will submit the summons for signing by the clerk with the corrected name, Plaintiff requests APPROVAL prior to proceeding with filing for the clerk signed Summons.

3) Plaintiff, in pro per, requests that the attached exhibits A and B be added on to the FIRST AMENDED COMPLAINT. They are Medical Notes taken by the defendants, Steele and Patel via the Circle Medical telemedicine Application.

Dated August 21, 2023          Signed By

                                                     Todd Michael Schultz

                                                     In Pro Per

2:23-CV-06763 JLS (RAOx)

# EXHIBIT A

Patient: Todd Schultz          DOB(36y): 09/10/1986           Sex at birth: Male
Provider: Neelam Patel, FNP-C  Visit: 2023-05-26 10:40:00 AM  Chart: SCTO000004

## History of Present Illness

**Primary Care Provider:** Joshua Moen
Todd Schultz is a 36 male here for mental health care.

Initial intake was not completed and unable to move forward with patient's care. Patient came off defensive and spoke about past encounters with psychiatry was not a good experience because he felt like they did not listen to him and he was treated unfairly. He reports seeing Dr. Tseng in office on Monday. He was compulsive in his talking with tangentiality. Repeatedly said he is going through a lawsuit and he is acting as his own lawyer and filing a suit against a "sociopath" who has said some horrible things to him. He repeatedly says he has ADHD but is not taking medication. He repeatedly says he wants to get back on an SSRI and has taken everything from this category in the past. When asked about bipolar disorder and schizophrenia, patient paused and seemed like this may have come up in previous psychiatry encounters but denied a diagnosis. He says he is unable to hold a job and he is see Dr. Tseng for psychiatry but is not receiving any treatment and was told by Dr. Tseng to come to Circle Medical.

I tried to re-direct the patient throughout the visit to complete initial intake and move forward in the conversation and establish a need for medication. I was unable to complete visit due to his circumlocution. He came off defensive during visit and asked me not to write anything down without asking him questions and understanding the issue. Ultimately, patient requested a psychiatry referral.

Presenting symptoms: (when did it start, what do you experience, give some examples of how this affects you):

-- history of depression-Yes at age 16
-- history of anxiety-Yes at age 16
-- Hospitalizations -No
-- Hx of past suicide attempts?-No
-- Medication trials (what worked, why did it not work?)-Lexapro, Zoloft.
-- Psychotherapy (current/past)-Psychiatry with Dr. Tseng. BH: Aaron Crowe
-- History of head injury-No

-- (Update medication list/ allergies; if on chronic benzos or narcotics, please document; likely not appropriate for our platform) Antipsychotics allergy
-- (complete full medical and social history, including poss pregnancy status)

-- Current / past substance use-
--PDMP check-(only if considering prescribing CS or need)?

Social history:
-- Living situation (alone, roommates, family)-
-- Marital Status (single/married/widowed/divorced-
-- Employed/Student-
-- Educational Hx (completed H.S, college)-
-- Military Service-
-- Social support network-
-- Exercise-
-- Sleep (Trouble falling asleep/staying asleep/nightmares)-
-- Alcohol use (Are you concerned about how much you drink)-

-- Life stressors (job/moving/relationship changes/ legal stressors/ bereavement/ financial changes)-

Goals of treatment:

Measurement tools used and reviewed today: PHQ 9 and GAD 7

**Questionnaire Responses:**
PHQ Responses 05/26/2023
Total score: 4
Severity: Minimal (0-4)

GAD Responses 05/26/2023
Total score: 14
Severity: Moderate (10-14)

## Medical History

**Medical Problems:** ADHD
**Healthcare Team Members & Contact Info:** Barry Unger
**Hospitalizations:** 1.5 year ago, shigella infection
**ER visits:** Cholecystitis 2003
**Surgical HX:** 2000 bilateral hernia repair

## Family History

Mother: A&W
Father: A&W
Siblings: 3 siblings
Children: None

## Quality And Prevention

Sexually Active: Yes
Screening: Chlamydia/Gonorrhea/HIV:

## Social History

**Relationship Status Comments:** Male homosexual open relationship
**Exercise:** Active all day with work and tasks
**Diet:** Whole foods, avoids processed foods
**Caffeine:** 1-2 cups coffee in the morning
**Alcohol:** Rarely
**Tobacco:** 3 cigarettes a day

E-signed by Neelam Patel on 05/26/23 12:30PM PDT

**Currently uses tobacco:** Yes
**Cannabis/Marijuana Use:** Yes
**Cannabis/Marijuana:** Smoking rarely
**Illicit Drugs:** Denies
**Free form notes:**

## Vaccination Records

| Name | Last Given | Next Due | Declined |
|---|---|---|---|
| Covid-19 (Pfizer-BioNTech) #2 | 12/06/2021 | | No |

## Medications

| Name | Dosage | Dispense | SIG | PRN? | Indication | Status |
|---|---|---|---|---|---|---|
| Vyvanse 70 mg oral capsule | | 30.0 | Take 1 capsule PO once daily | No | | active |

## Allergies

| Allergy | Reaction |
|---|---|
| No Known Drug Allergies (NKDA) | |

## Problems

| Name | Status | Notes | Date Diagnosed |
|---|---|---|---|
| Attention-deficit hyperactivity disorder, unspecified type | active | | 03/26/2021 |

## Assessment:ICD10

| Code | Description |
|---|---|
| F39 | Unspecified mood [affective] disorder |

## Plan

**Plan Summary:** You were seen today for a mental health visit.

I have sent a referral for psychiatry.

Here are some resources you may want to consider while waiting for your referral.

PSYCHIATRY RESOURCES:
-- https://www.wcoasthealth.com/ (takes some insurances)
-- http://www.intuitivesf.com/
-- https://tmshealthsolutions.com/ (takes some insurances)

E-signed by Neelam Patel on 05/26/23 12:30PM PDT

LOW COST RESOURCES (BAY AREA):
https://myusf.usfca.edu/dean-of-students/ocrs/sliding

If you are not a patient in the Bay Area and are interested in psychiatry, please contact your health insurance for mental health resources (information or phone number is usually found on the back of your insurance card).

**Reason For Visit/Diagnoses:** Mental Health Referral

**Total time spent on this date, within or outside the time of the appointment:** 20 minutes

## Referrals

| Specialty | Details for specialist | ICD10 Codes |
|---|---|---|
| Psychiatry | Todd Schultz is a 36 male for mental health care.<br><br>Very difficult to follow thought process with patient. Attempted to establish care, but requested for a psychiatry referral. Has been seen by psychiatry in past and sounds like he is currently seeing a psychiatrist but not receiving medications. History is unclear. May have some bi-polar diagnosis from previous providers but this information was not confirmed. | F39 |

E-signed by Neelam Patel on 05/26/23 12:30PM PDT

2:23-CV-06763 JLS (RAOx)

# EXHIBIT B

Patient: Todd Schultz
Provider: Meghan Steele, ANP-C, PMHNP-BC
DOB(36y): 09/10/1986
Visit: 2023-06-30 11:10:00 AM
Sex at birth: Male
Chart: SCTO000004

## History of Present Illness

**Primary Care Provider:** Joshua Moen
**Chief Complaint:** Pt presents for ADHD Assessment

Pt has been seen on the CM platform in the past for ADHD dx and tx. Last ADHD visit was May 5, 2021. Reviewed chart / visit hx w/ pt in detail. Pt's last visit with CM psychiatrist Dr. Tsang was March 2021 for ADHD and start on vyvanse.

Spoke w/ pt in detail about the gap in his care from May 2021 to May 2023. Pt reports he was involved in a lawsuit against Youtube, "People targeted me and tried to defame me. No one believes me but if you are not the one being targeted than you don' believe it". Pt reports the court case against Youtube has "thrown me off target and I haven't been able to get the medication I need for ADHD". Pt reports that most recently he has, "been spending a lot of time working on my lawsuit and in bed processing all this. When my ADHD flares up, I know I need to give up and just watch cartoons".

Discussed pt's ADHD sxs w/ him in depth. Pt c/o, "I'm really disorganized, can't follow procedures and I climb on furniture".
Pt reports he was mostly recently on zoloft 100mg daily, reports he last took the medication 2 months but it is unclear as to why he may have stopped taking it. Vyvanse last rx'd May of 2021.

## Status Of Chronic Medical Problems

Chronic Condition:

## Medical History

**Medical Problems:** ADHD
**Healthcare Team Members & Contact Info:** Barry Unger
**Hospitalizations:** 1.5 year ago, shigella infection
**ER visits:** Cholecystitis 2003
**Surgical HX:** 2000 bilateral hernia repair

## Family History

**Mother:** A&W
**Father:** A&W
**Siblings:** 3 siblings
**Children:** None

## Quality And Prevention

E-signed by Meghan Steele on 07/02/23 10:24PM PDT

**Sexually Active:** Yes

**Screening:** Chlamydia/Gonorrhea/HIV:

## Social History

**General:** lives w/ partner

**Occupation:** unemployed

**Relationship Status Comments:** Male homosexual open relationship

**Exercise:** Active all day with work and tasks

**Diet:** Whole foods, avoids processed foods

**Caffeine:** 1-2 cups coffee in the morning

**Alcohol:** Rarely

**Tobacco:** 3 cigarettes a day

**Currently uses tobacco:** Yes

**Cannabis/Marijuana Use:** Yes

**Cannabis/Marijuana:** Reports using "delta 8". Reports it is a legal substance less potent than THC, "it helps with creativity".

**Illicit Drugs:** Denies

**Free form notes:**

## Vaccination Records

| Name | Last Given | Next Due | Declined |
| --- | --- | --- | --- |
| Covid-19 (Pfizer-BioNTech) #2 | 12/06/2021 | | No |
| Covid-19 (Pfizer-BioNTech) #1 | 11/11/2021 | | No |

## Medications

| Name | Dosage | Dispense | SIG | PRN? | Indication | Status |
| --- | --- | --- | --- | --- | --- | --- |
| Vyvanse 70 mg oral capsule | | 30.0 | Take 1 capsule PO once daily | No | | active |

## Allergies

| Allergy | Reaction |
| --- | --- |
| No Known Drug Allergies (NKDA) | |

## Review of Systems

**General Normal:** As above, otherwise feeling well, no fever, no chills, no night sweats

**Eyes Normal:** No vision change, no eye pain

**HENMT Normal:** No new headaches, no hearing changes, no rhinorrhea, no dysphagia, no sore throat

**CV Normal:** No chest pain, no palpitations, no syncope, no edema

E-signed by Meghan Steele on 07/02/23 10:24PM PDT