Name: Todd Michael Schultz

Address: 818 N Doheny Dr #1108

West Hollywood, CA 90069

Phone Number: 310-435-5847

Email Address: toddschultz86@gmail.com

Pro Se

FILED
CLERK, U.S. DISTRICT COURT
8/24/23
CENTRAL DISTRICT OF CALIFORNIA
BY: __CS__ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MICHAEL SCHULTZ<br><br>PLAINTIFF(S)<br>v.<br>DR. LES TSENG<br>MEGHAN STEELE<br>NALEEM PATEL<br>DEFENDANT(S) | CASE NUMBER<br>2:23-cv-06763-JLS-RAOx<br><br>**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 08/24/2023                                    Signature: _____

CV-005 (02/20)                    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING