**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Todd Michael Schultz | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:23-cv-06763-JLS-RAO |
| v. | |
| Les Tseng et al | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Order on request to proceed in forma pauperis

Filed date: September 19, 2023   Document Number(s): 13

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document
☐ Case number has been corrected. The correct case number is _____
☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____
☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .
☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____
☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____ .
☐ Case title is corrected from _____ to _____
☐ Document has been re-numbered as document number _____
☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .
☐ Document is missing page number(s): _____
☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____
☒ Other: Order inadvertently filed. Case closed per Order dated 9/15/2023 (Docket 12). Docket 13 shall be stricken and disregarded.

CLERK, U.S. DISTRICT COURT

Date: September 27, 2023     By: JOSEPHINE L. STATON
                                  Deputy Clerk

G-11 (06/23)     NOTICE OF CLERICAL ERROR